# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| TRACY OATS, | : | Case No. 1:19-cv-474 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| HAMILTON COUNTY C.S.E.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 11, 2019, submitted a Report and Recommendation. (Doc. 4). Plaintiff filed timely objections on July 25, 2019. (Doc. 5).

Plaintiff's objections lack merit and do not identify any cognizable error in the Report and Recommendation. The Report and Recommendation properly finds that the Court lacks subject matter jurisdiction over this child support matter. Plaintiff's objections primarily contend that she has been injured by the Hamilton County C.S.E.A. (*Id.* at 1–2). This may be true, but the Court still lacks jurisdiction.

The Court finds that the Magistrate Judge thoroughly and properly reviewed all of Plaintiff's claims.  The Court fully agrees with the Magistrate Judge's analysis and recommendation.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 4) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Because the Court lacks jurisdiction over this matter and Plaintiff fails to state a claim against any defendant, the complaint (Doc. 3) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e).

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:  7/13/2020   /s/ Timothy S. Black
  Timothy S. Black
  United States District Judge